For these reasons and those cited by the United States, Canatsey's motion (Doc. 35) is **DENIED**.

ORDERED in Tampa, Florida, on May 18, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE