UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 8:02-cr-509-T-23TBM

JEFFREY CANATSEY

_____/

**ORDER**

Jeffrey W. Canatsey, an inmate residing at FCC Coleman, Florida, moves to modify the conditions that will govern his supervised release after completion of his term of imprisonment (the Bureau of Prisons' published, projected release date for Canatsey is February 22, 2006) for nine counts of receipt and distribution of child pornography and use of a facility of interstate commerce to entice a minor to engage in sexual activity. In sum, Canatsey seeks to modify prohibitions against his contacts with minors to exclude his daughter so that he might regain custody of her during her last years in high school. The United States adamantly opposes this modification (Doc. 36).

The special conditions of Canatsey's supervised release include a regimen of mental health treatment and other provisions designed to regulate and monitor Canatsey's behavior, protect the community, and comply with applicable law. At this moment, these restrictions are reasonable and prudent.

- 2 -

 

 

For these reasons and those cited by the United States, Canatsey's motion

(Doc. 35) is **DENIED**.

ORDERED in Tampa, Florida, on May 18, 2005.

_____

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE
